*S. Chandler Fraser* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum, Wendell P. Brown* and *Theodore M. Schwartz* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

In the Matter of SALVATORE J. ROCCAFORTE, Appellant, against JOHN F. O'CONNELL et al., as Members of the New York State Liquor Authority, Respondents.

Argued February 17, 1947; decided April 10, 1947.

*Milton H. Friedman* for appellant.
*Alvin McKinley Sylvester* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

JAMES F. EGAN, Public Administrator of the County of New York, as Administrator of the Estate of MARCELINO LOPEZ, Deceased, Appellant, *v.* NATIONAL TRANSPORTATION Co., INC., et al., Respondents.

Argued February 20, 1947; decided April 10, 1947.

